**Opinion issued June 21, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00157-CV

————————————

## IN RE U. LAWRENCE BOZÉ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, U. Lawrence Bozé, has filed a petition for writ of mandamus, asking that we direct the trial judge to withdraw the order signed November 9, 2016, granting turnover and appointing a receiver.[1] Relator also filed a motion for emergency stay, which was denied.

---

[1] The underlying case is *U. Lawrence Bozé, Individually and D/B/A U. Lawrence Bozé & Associates*, cause number 1999-51333, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez, presiding.

We deny the petition.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.